IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALBERT THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV938-M |
| | ) | [WO] |
| D.A.N. JOINT VENTURE III, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On 30 May 2006, the parties filed a Joint Motion to Amend Section 8 of Amended Scheduling Order (Doc. # 26). For good cause, it is

ORDERED that the motion is GRANTED. It is further ORDERED as follows:

1. On or before 1 July 2006, the plaintiff shall identify his expert witness and produce the information required by Section 8 of the Amended Scheduling Order (Doc. # 20).

2. On or before 1 August, 2006, the defendant shall identify his expert witness and produce the required information.

DONE this 5th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE