IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALBERT THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV938-VPM |
| | ) | [WO] |
| D.A.N. JOINT VENTURE III, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On 1 August 2006, the parties signed a Joint Motion to Amend Section 8 of Amended Scheduling Order and Order of June 5, 2006 (Doc. # 31).  For good cause, it is

ORDERED that the motion is GRANTED.  The defendant's expert shall prepare and his report, and the defendant shall serve it upon counsel for the plaintiff on or before 14 August 2006.

DONE this 4th day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE